JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMIEN TERRELL MORROW,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | NO. CV 14-08269-CAS (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 8, 2015.

　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE